UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X  For Online Publication Only
DORINDA BOONE, on behalf of herself and on
behalf of all others similarly situated,

                Plaintiff,

        -against-                                 **ORDER**
                                                       15-CV-6077 (JMA) (ARL)

PRIMEFLIGHT AVIATION SERVICES, INC.,

                Defendant.
-------------------------------------------------------------------------------X

**AZRACK, United States District Judge:**

        Currently pending before the Court is defendant's motion for summary judgment. On October 20, 2017, the Court referred the motion to Magistrate Judge Lindsay for a report and recommendation. On February 20, 2018, Judge Lindsay issued a Report and Recommendation (the "R&R"), which recommended that the Court grant defendant's motion in its entirety. No party has objected to the R&R, and the time for doing so has passed. Having conducted a review of the record and the applicable law, for the following reasons, the Court adopts the R&R as the opinion of the Court.

        When deciding whether to adopt a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks and citation omitted). The Court has reviewed the record and, finding no clear error, adopts the R&R as the opinion of the Court.

The Court grants defendant's motion for summary judgment. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: March 7, 2018
Central Islip, New York

                 _____/s/ (JMA)_____
                 JOAN M. AZRACK
                 UNITED STATES DISTRICT JUDGE